# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC., | : | |
| Plaintiff, | : | |
| v. | : | CA 14-00259-KD-C |
| STEPHEN D. CROSBY and KAREN CROSBY, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, and the reply to the objections, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 22, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, the Defendants' motion to dismiss is DENIED.

**DONE** this 27th day of October 2014.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE